IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 18 2011

Stephan Harris, Clerk
Casper

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYLAKE GLOBAL INCUVEST 1 PRIVATE INVESTMENTS SPECIALTY CO., LTD., a Korean corporation; SKYLAKE INCUVEST & CO., a Korean Corporation; CDI HOLDINGS, INC., a Korean corporation; CHUNGDAHM LEARNING, INC., a Korean Corporation, KEVIN CHOI, an individual; DAEJE CHIN, an individual; SUSAN CHIN, an individual; and MICHAEL KIM, an individual,<br><br>Defendants. | Case No. 11CV0008D |

## VERIFICATION OF COMPLAINT

I, Brian Holiday, General Counsel of Eleutian Technology, Inc., state and affirm that I have read the allegations of the Complaint filed herein, and attest that the factual allegations made therein are truthful, are well-grounded in fact, are based upon my personal knowledge, and are not interposed for any improper purpose.

DATED this 18th day of January, 2011

Brian Holiday, General Counsel

                                        Eleutian Technology, Inc.

STATE OF WYOMING    )
                                 ) ss.
COUNTY OF NATRONA  )

Sworn to and subscribed before me by Brian Holiday this 18th day of January, 2011.

Witness my official hand and seal.
My Commission Expires: 02/23/2013

                                                                   *Carolyn S. Mariegard*
                                                                    NOTARY PUBLIC
                                                                    Address: Casper, Wyoming

[Notary stamp: CAROLYN S. MARIEGARD - NOTARY PUBLIC, County of Natrona, State of Wyoming, My Commission Expires 2-23-2013]