Exhibit 4
Article

팍스넷, No.1 증권포털

Paxnet, No. 1 Stock Portal

[이투데이] 오희나 기자(hnoh@etoday.co.kr)

[E-Today] Hee-Na Oh, a reporter (hnoh@etoday.co.kr)

교육업체 청담러닝이 애매한 공시 답변으로 투자자들을 혼란에 빠트리고 있다.
Chungdahm Learning ,an education company, is throwing investors into chaos with ambiguous public response.

최대주주 보유지분을 일부 매각한 이후 자금 용도에 대해 엇갈리는 주장을 펼치고 있기 때문이다.
It is because conflicting opinions are spread out on the use of capital after the sale of some possessed share of the largest shareholder.

지난 18일 청담러닝은 "최대주주 김영화 대표이사는 전략적 시너지 창출이 극대화될 수 있는 투자자를 제한적으로 선별해, 보유지분의 일부 매각을 통해 전략적 투자자를 유치하는 방안을 검토 중"이라며 "공시일 현재 이와 관련해 확정된 바는 없다"고 공시했다.

On the 18th of January 2011, Chungdahm Learning made a public announcement that "Young-Hwa Kim, CEO & the largest shareholder, is under investigation on the invitation plan for strategic investors through the sale of some possessed share by selecting limited investors with whom the creation of strategic synergy can be maximized, and with regard to this, nothing is confirmed as of the public announcement date".

지난 17일 청담러닝 최대주주 김영화 사장이 보유한 지분을 매각하기로 결정하고 주요 교육업체들과 접촉중이라는 본지 단독기사 이후 거래소의 조회공시 요구에 따른 답변이다.
This is the response to the request for inquiry on the public announcement from the stock exchange market after the exclusive of our newspaper on the 17th of January that president Young-Hwa Kim, the

EXHIBIT 4

largest shareholder of Chungdahm Learning, decided to sell his possessed share and is contacting major education companies.

업계에 따르면 청담러닝은 웅진, 대교, 메가스터디 등 주요 업체들이 인수를 검토하고 접촉하고 있는 것으로 알려졌다. 청담러닝은 김영화 사장이 32.60%, 부인이 7.97%를 보유하고 있어 총 40.57%가 매각대상이다.

According to the industry, it is known that Chungdahm Learning is reviewed and contacted for merge by major companies like Woongjin, Daekyo, Megastudy, and so on. Chungdahm Learning is owned by president Young-Hwa Kim for 32.60% and by his wife for 7.97 that total of 40.57% is target for sale (or disposal).

문제는 공시 이후 청담러닝은 M&A가 진행되고 있는 상황에서도 지분매각 후 자금용도에 대해서 말바꾸기로만 대응해 투자자들을 혼란스럽게 하고 있다는 점이다.

The question is that after the public announcement, Chungdahm Learning has counteracted with changing words on the use of capital after the share disposal while the M&A is in process that the investors are made confused.

실제로 일부 기업에서는 "청담러닝을 M&A차원에서 검토하고 있는 것이 사실"이라고 밝혔다.

In fact, some companies disclosed that "it is true that they are reviewing Chungdahm for M&A".

그럼에도 불구하고 청담러닝은 자금의 용도에 대해 '신사업 추진을 위한 자금으로 활용될 것'이라고 해명하는 동시에 '단순히 대주주의 지분이 제3자에 넘어가는 것'이라는 상반된 답변을 언론을 통해 뿌리고 있는 상황이다.

Nevertheless, Chungdahm Learning explains on the use of the capital that it will be used for the new business development, and at the same time, it spreads out a conflicting response through the media that "it is just a transfer of the largest shareholder's share to the 3[rd] party".

이에 대해 M&A 업계관계자는 "최대주주이자 사장인 김영화 사장이 보유주식을 매각해 그 대금을 회사자금으로 사용하겠다는 것은 말이 안된다"며 "회사자금이 되기 위해서는 대여 또는 출자가 돼야 하는데 대여형태가 될 정도면 은행권을 이용하면 되고 출자를 하면 주식수가 늘어나기 때문에 차라리 재무적 투자자에게 출자를 받는 것이 비용 등을 훨씬 줄일 수 있어 그런 일을 할 이유가 없다"고 지적했다.

In regard to this, a person concerned from M&A industry pointed out that "it doesn't make sense for president Young-Hwa Kim, CEO & the largest shareholder, to sell his possessed share and use it for company capital. A loan or an investment is required in order to transfer it as company capital, but if a loan was necessary, he could use banks, and if he made an investment, the number of share would increase. Since he can reduce the cost by rather receiving investment from financial investors, there is no reason for him to do such a work."

또한 M&A 가능성이 전혀 없는 대주주의 지분매각일 뿐이라는 언급도 모호하다는 지적이다.

Also, the statement that it is just a share disposal of the largest shareholder without any chance of M&A is vague as well.

이 관계자는 "청담러닝의 경우는 거론되는 기업들로 봤을 때 단순지분매각이라고 보기는 어렵다"며 "해마다 영업이익이 감소하는 회사의 지분 인수시 M&A가능성 없이 단순 지분만 인수할 매수자는 없을 것"이라고 설명했다.

This person concerned explained that "in case of Chungdahm, based on the companies mentioned, it is difficult to view as a simple share disposal. When buying share whose company's sales profit is decreasing year by year, there would be no buyer who would buy just share with no possibility of M&A".

만일 그렇다면 제3자 배정 유상증자를 통해 들어가는 것이 더 합리적이라는 지적이다.

If that is the case, it is pointed out that it is more reasonable to get into it through the 3rd party assigned capital increase.

개인투자자들도 인터넷게시판을 통해 분통을 터뜨리고 있다.

Individual investors are also bursting their anger through the Internet bulletin board.

19일 팍스넷 게시판에서는 "회사 상황이 점점 안 좋아지니 대주주가 제일 잘 알지 코스닥 입성해서 잘 해먹고 이제 불장 다 봤다고 느꼈나? 세실의 악몽이 되살아나네", "역시 예상했던바, 대주주가 주식담보 대출이 46%?", "뉴스기사 말마따나 대주주가 자기돈 갚으려고 주식을 넘기는 거라면 회사에 돈이 안 들어오는 건데 좋은 꺼리가 아니지 않나?" 등의 반응을 보였다.

January 19, the following reactions were found on the Paxnet bulletin board: "As company's situation is getting worse and worse, the largest shareholder knows it the best. After in pocketing well by entering into the KOSDAQ, did he feel it is all over now? Sesil Inc.'s nightmare is coming back to life", "It happened as it is predicted. The largest shareholder has 46% of home mortgage loan? As it is said by the

news if the largest shareholder sold the share to repay his debt, it is not a good thing since the money is not coming into the company?"

또한 일부투자자들은 "일종의 3자배정 유증과 비슷한 건가요"라며 "개인 주식을 팔아서 전략적 투자자를 유치하는 것은 일반 공모 유상증자보단 좋은거 아닌가"라는 글을 올려 매각대금이 회사에 재투자되는 것처럼 오인하고 있었다.

Also, some investors misunderstood that the proceeds from sale would be reinvested to the company by commenting as follows: "Isn't it similar to sort of the 3rd party assigned capital increase? Isn't it better to invite strategic investors by selling personal share than the general capital increase for public?

업계관계자는 "청담러닝은 회사에 M&A가 진행되고 있는 상황에서 자금용도만 가지고 논점을 흐리고 있어 투자자들은 더욱 혼란스럽게 만들고 있다"고 꼬집었다.

A person concerned from the industry pinched that "Chungdahm Learning is diluting the point only with the use of capital while M&A is in process that it makes investors more confused".

이러한 추세로 청담러닝 주가는 17일 매각설 제기이후 가격제한폭까지 하락해 전날 대비 2450원(14.71%)내린 1만4200원을 기록한데 이어 18일 700원(4.93%) 추가로 하락해 1만3500원으로 주저앉았다. 지난 2008년 6월 상장이후 4만원대 주가를 형성한 후 최저 수준이다. 거래량도 폭증했다. 14일 2만주였던 거래량은 17일 19만주, 18일 24만주로 마감했다.

Such trend, the stock price of Chungdahm Learning dropped to the price limit range that the price recorded 14,200 won which is 2,450 won (14.71%) dropped compared to the previous day on January 17 after the raise of news on sale, and the next day on January 18, additional 700 won (4.93%) dropped that the price sank to 13,500 won. Since the stock price has been formed at 40,000 won range after the listing in June 2008, it is the lowest level. Transaction volume has been also dramatically increased. The transaction volume was 20,000 stock, but it went up to 190,000 stocks on the 17th of January and it is closed with 240,000 stocks on January 18.

이에 대해 한국거래소 코스닥시장본부 공시제도팀 관계자는"청담러닝의 공시는 최대주주가 지분매각을 추진한다는 것이 가장 중요한 포인트"라며 "청담러닝측에 확인결과 개인투자자가 아닌 전략적 투자자에게 지분을 매각하겠다는 입장이지 그 자금이 회사로 들어오는 것은 아니라고 밝혔다"고 밝혔다.

Regarding this, a staff of the Public Announcement Team in the KOSDAQ Division of the Korean Stock Exchange clarified that "the most important point of the public announcement of Chungdahm Learning

is that the largest shareholder is pushing ahead with his share disposal. Upon confirmation with Chungdahm Learning, its position is to sell the share to the strategic investors not to the individual investors, and it doesn't mean that the capital would inflow to the company".

한편, 김영화 사장은 지난해 말 청담러닝 보통주 26만3000주를 담보로 20억원을 대출받았다고 공시했다. 이번 신규대출로 김 사장 지분에 대한 주식담보대출 비율은 28.21%(58만1000주)에서 46.80%(96만4000주)로 증가했다.

In the mean time, president Young-Hwa Kim made a public announcement at the end of last year that he received a loan of 2 billion won with 263,000 common stocks of Chungdahm Learning as a security (or mortgage). By the new loan this time, president Kim's stock mortgage loan rate against his share increased from 28.21% (581,000 stocks) to 46.80% (964,000 stocks).