# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYLAKE GLOBAL INCUVEST 1 PRIVATE INVESTMENTS SPECIALTY CO., LTD., a Korean corporation; SKYLAKE INCUVEST & CO., a Korean Corporation; CDI HOLDINGS, INC., a Korean corporation; CHUNGDAHM LEARNING, INC., a Korean Corporation, KEVIN CHOI, an individual; DAEJE CHIN, an individual; SUSAN CHIN, an individual; and MICHAEL KIM, an individual,<br><br>Defendants. | **JOINT STATUS REPORT TO THE COURT REGARDING MEDIATION/ARBITRATION AGREEMENT**<br><br><br>Case No. 11cv08-D |

## JOINT STATUS REPORT TO THE COURT REGARDING MEDIATION/ARBITRATION AGREEMENT

The undersigned parties submit this joint status report to the Court regarding the status of a Mediation/Arbitration agreement between the parties as required by the *Notice* entered by the Court on February 14, 2011.

The parties have agreed to mediate this matter. The mediation date is tentatively scheduled for March 2nd and 3rd in either Hawaii or San Diego. The Parties agree that they will submit a joint motion and proposed order respectfully asking this Court to

extend the existing *Order Extending the Existing Temporary Restraining Order* until after either the preliminary injunction hearing or all parties enter into a comprehensive arbitration agreement, which ever occurs first.

DATED February 22, 2011.

ELEUTIAN TECHNOLOGY, INC.,
Plaintiff

By:   s/Brian Holiday
Brian Holiday [Utah Atty. No. 8931]
Eleutian Technology, Inc.
P.O. Box 88
Ten Sleep, Wyoming 82442
brian@eleutian.com
(307) 684-9556 (telephone)
(307) 366-2904 (fax)

Drake D. Hill [Wyo. Atty. No. 6-3106]
Matthew A. Hartford [Wyo. Atty. No. 7-4577]
Beatty, Wozniak & Reese
907 North Poplar Street, Suite 251
Casper, Wyoming 82601
dhill@bwenergylaw.com
mhartford@bwenergylaw.com
(307) 265-2085 (telephone)
(307) 265-2161 (fax)
*Attorneys for Eleutian Technology, Inc.*

SKYLAKE GLOBAL INCUVEST 1
PRIVATE INVESTMENTS SPECIALTY
CO., LTD.; SKYLAKE INCUVEST &
CO.; CDI HOLDINGS, INC.;
CHUNGDAHM LEARNING, INC.;
KEVIN CHOI; DAEJE CHIN; SUSAN
CHIN; MICHAEL KIM, Defendants

By:   s/ Ryan Schwartz

Ryan Schwartz [Wyo. Atty. No. 6-3611]
Williams, Porter, Day & Neville
159 N. Wolcott, Suite 400
Casper, Wyoming 82601
rschwartz@wpdn.net
(307) 265-07005 (telephone)
(307) 266-2306 (fax)

By: __s/John D. Lovi_____
John D. Lovi
Steptoe & Johnson LLP.
750 Seventh Avenue
New York, New York 10019
jlovi@steptoe.com
(212) 506-3900 (telephone)
*Attorneys for Defendants.*