Ryan Schwartz W.S.B. # 6-3611
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
P.O. Box 10700
159 No. Wolcott, Suite 400
Casper, Wyoming 82602
(307) 265-0700  Telephone
(307) 266-2306  Telefax
E-Mail: rschwartz@wpdn.net

John D. Lovi (*pro hac vice*)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York 10019
(212) 506-3900

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, INC., a Delaware Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>SKYLAKE GLOBAL INCUVEST 1 PRIVATE INVESTMENTS SPECIALTY CO., LTD., a Korean corporation, SKYLAKE INCUVEST & CO., a Korean Corporation, CDI HOLDINGS, INC., a Korean corporation, CHUNGDAHM LEARNING, INC., a Korean Corporation, KEVIN CHOI, an individual, DAEJE CHIN, an individual, SUSAN CHIN, an individual, and MICHAEL KIM, an individual,<br><br>　　　　　　　　　Defendants. | 11-CV-08-D<br><br>**OPPOSITION TO REQUEST FOR ENTRY OF DEFAULT** |

　　　　This firm is counsel to defendant Skylake Incuvest Co. ("Skylake"). We submit this application in opposition to plaintiff's Request For Entry of Default, dated February 28, 2011,

and ask that the matter be referred to the Court for argument and consideration. This application is supported by the Affidavit of John D. Lovi, filed concurrently herewith.

DATED this 1st day of March 2011

        WILLIAMS, PORTER, DAY & NEVILLE P.C.

By: \s\ _____
      Ryan Schwartz (W.S.B. No.6-3611)
      159 North Wolcott, Suite 400
      Casper, Wyoming 82601
      (307) 265-0700

        - and –

John D. Lovi
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York 10019
(212) 506-3900

*Attorneys for Defendant*
*Skylake Incuvest Co.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing *Opposition to Request for Entry of Default* was served upon counsel of record via the ECF/CM Filing System, this 1st day of March, 2011.

/s/ _____
Ryan Schwartz

NY Doc. 28795V1