

FILED

*3:55 pm, 3/11/11*
**Stephan Harris
Clerk of Court**

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>- against -<br><br>SKYLAKE GLOBAL INCUVEST 1 PRIVATE INVESTMENTS SPECIALTY CO., LTD., a Korean corporation, SKYLAKE INCUVEST & CO., a Korean Corporation, CDI HOLDINGS, INC., a Korean corporation, CHUNGDAHM LEARNING, INC., a Korean Corporation, KEVIN CHOI, an individual, DAEJE CHIN, an individual, SUSAN CHIN, an individual, and MICHAEL KIM, an individual,<br><br>Defendants. | 11-CV-08-D |

## ORDER

THIS MATTER, having come before the Court for a Preliminary Injunction Hearing on March 3, 2011 at 2:30 p.m., and the Court being fully advised in the premises, and in accordance with the Transcript of Tentative Agreement to Dissolve TRO and Mediate All Disputes entered at the conclusion of the above described hearing,

IT IS HEREBY ORDERED that:

1. The Temporary Restraining Order entered by this Court on January 19th, 2011, which was extended by Order dated February 16, 2011, and again extended by Stipulation of the Parties until March 3, 2011, by its nature expired as of March 3, 2011.

2. Defendants have agreed to voluntarily follow the spirit of the TRO issued by this Court on January 19, 2011. Defendants understand that counsel has made representation to the

Court on their behalf regarding compliance with the spirit of the TRO and that the Court has power to issue sanctions for the parties' violation of those representations.

3.	The parties have agreed to submit all claims and matters to non-binding mediation. The mediation will occur within 60 days of March 3, 2011. The Court expects that at the mediation the parties will have persons present or immediately available with authority to resolve all disputes.

4.	Plaintiff's motion for preliminary injunction remains of record, but the Court will not return it to the calendar until after the mediator informs the Court of an unsuccessful mediation.

5.	All filings, responses, pleadings and all other matters are hereby stayed until after the mediator informs the Court of an unsuccessful mediation.

6.	Defendants agree to waive any claims regarding service of process and agree that their answers or responses to Plaintiff's Complaint shall be due 21 days after the mediator informs the Court of an unsuccessful mediation if that is the case.

7.	Defendants agree not to file any additional criminal complaints in Korea. Further, defendants have agreed not to initiate any contact with the Korean authorities, initiate any further interview requests, initiate any request for exit bans, or affirmatively promote any criminal or civil proceeding in Korea except in response to official requests.

8.	Neither party shall disclose the terms of this agreement to any third party, including the Korean Authorities.

DATED this 11th day of March 2011.

BY THE COURT:

*William F. Downes*

Honorable William F. Downes
Chief, U.S. District Judge