Drake D. Hill
Matthew A. Hartford
Beatty, Wozniak & Reese
907 North Poplar Street, Suite 251
Casper, Wyoming 82601
(307) 265-2085 (telephone)
(307) 265-2161 (fax)
*Attorneys for Eleutian Technology, Inc.*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF WYOMING

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYLAKE GLOBAL INCUVEST 1 PRIVATE INVESTMENTS SPECIALTY CO., LTD., a Korean corporation; SKYLAKE INCUVEST & CO., a Korean Corporation; CDI HOLDINGS, INC., a Korean corporation; CHUNGDAHM LEARNING, INC., a Korean Corporation, KEVIN CHOI, an individual; DAEJE CHIN, an individual; SUSAN CHIN, an individual; and MICHAEL KIM, an individual,<br><br>Defendants. | **MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND VACATE HEARING**<br><br><br>Case No. 11cv08-D |

## MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND VACATE HEARING

Plaintiff Eleutian Technology, Inc. ("Eleutian Technology"), by and through its attorneys, Beatty, Wozniak, and Reese, hereby files this Motion to Withdraw Motion for Preliminary Injunction and, as grounds therefore, states as follows:

1. On January 25, 2011, the Plaintiff Eleutian Technology filed with this Court its Motion for Preliminary Injunction.

2. Currently, this matter is scheduled for hearing on May 23, 2011, at 2:30 p.m.

3. The Court previously issued an Order on March 11, 2001, in which all Defendants stipulated to voluntarily abide by the terms of the Court's previous Temporary Restraining Order ("TRO") on this matter indefinitely.

4. The relief Plaintiff seeks pursuant to the Motion for Preliminary Injunction is identical to the relief granted in this Court's TRO, which restraints Defendants have voluntarily agreed to abide by indefinitely, and be subject to sanctions for non-compliance.

5. The hearing on the preliminary injunction motion is now moot and unnecessary as Defendants have agreed to abide by the stipulation. As such, there is no need to expend the resources of the Court on this matter at this time.

6. Attached hereto are Eleutian Technology's communications with opposing counsel relating to this matter.

**Conclusion**

For all of the foregoing reasons and in the interest of judicial economy, Plaintiff hereby withdraws its Motion for Preliminary Injunction, and respectfully requests this Court to vacate the May 23rd hearing regarding this matter.

By: s/Drake D. Hill
Drake D. Hill [Wyo. Atty. No. 6-3106]
Matthew A. Hartford [Wyo. Atty. No. 7-4577]
Beatty, Wozniak & Reese
907 North Poplar Street, Suite 251
Casper, Wyoming 82601
(307) 265-2085 (telephone)
(307) 265-2161 (fax)
*Attorneys for Eleutian Technology, Inc.*

CERTIFICATE OF SERVICE

The undersigned certifies that on the 19th day of May, 2011, a true and correct copy of the foregoing Motion for Admission of Brian Holiday *Pro Hac Vice* was served upon counsel of record via the Court's electronic system.

s/ Drake D. Hill

3

# BEATTY, WOZNIAK & REESE

ATTORNEYS AT LAW
907 N. POPLAR STREET, SUITE 251
CASPER, WYOMING 82601
TELEPHONE (307) 265-2085
FACSIMILE (307) 265-2161
www.bwenergylaw.com

DRAKE D. HILL

DIRECT: (307) 638-9334
E-MAIL: DHILL@BWENERGYLAW.COM

CASPER

CHEYENNE

DENVER

SALT LAKE CITY

SANTA FE

May 18, 2011

*Electronic Transmittal*

Mr. John D. Lovi
Steptoe & Johnson, LLP
750 Seventh Avenue
New York, NY 10019

Re: Eleutian Technology, Inc. v. Skylake Global Incuvest 1 Private Investments Specialty Co., LTD., et al.; US District Court, District of Wyoming, Case No. 11 CV 008D; Our File No. 3812.0001

Dear Mr. Lovi:

This letter is in response to your request to postpone the Preliminary Injunction hearing set for May 23, 2011. Pursuant to my conversation with co-counsel, I understand that you are not available to appear on that date.

Upon reviewing the matter and your unavailability, being cognizant of judicial economy, and in light of your clients' agreement to abide by the spirit of the Temporary Restraining Order, which was memorialized in the Court's Order dated March 11, 2011 (the "Order"), we intend to withdraw our Motion for Preliminary Injunction tomorrow. The matter seems somewhat moot as your clients have agreed to abide by the "spirit" of the TRO indefinitely, and be subject to sanctions for a violation. As you are aware, the relief sought in our motion for a preliminary injunction is nearly identical to that sought for and received via the previous Temporary Restraining Order.

Pursuant to the Order, we expect that your answer will be filed by May 27, 2011.

Very truly yours,

BEATTY, WOZNIAK & REESE

*Drake D. Hill by MAH*

Drake D. Hill

BEATTY & WOZNIAK, P.C.
*Energy in the Law*®

**BEATTY, WOZNIAK & REESE**

Mr. John D. Lovi
May 18, 2011
Page 2


cc: Mr. Ryan Schwartz

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKYLAKE GLOBAL INCUVEST 1 PRIVATE INVESTMENTS SPECIALTY CO., LTD., a Korean corporation; SKYLAKE INCUVEST & CO., a Korean Corporation; CDI HOLDINGS, INC., a Korean corporation; CHUNGDAHM LEARNING, INC., a Korean Corporation, KEVIN CHOI, an individual; DAEJE CHIN, an individual; SUSAN CHIN, an individual; and MICHAEL KIM, an individual,<br><br>Defendants. | Civil Action No. 11cv08-D |

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION AND VACATE HEARING

This matter having come before the Court upon the motion of Plaintiff, and the Court having reviewed the file and being fully advised in the matter, it FINDS and ORDERS that the Plaintiff's Motion to Withdraw Motion for Preliminary Injunction is GRANTED. It is also ORDERED that the Preliminary Injunction hearing currently scheduled for May 23, 2011, at 2:30 p.m. is hereby vacated.

2

Dated this ____ day of May, 2011.

          BY THE COURT:

          _____
          Honorable William F. Downes
          Chief, U.S. District Judge